# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| R. Alexander Acosta, Secretary of Labor, United States Department of Labor, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE** |
| v. | ) ) | |
| JMAC Resources, Inc. | ) ) | Case No.: 1:19-cv-047 |
| Defendant. | ) | |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on September 24, 2019, at 9:00 a.m. CDT. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 6th day of June, 2019.

>  */s/ Clare R. Hochhalter*
>  Clare R. Hochhalter, Magistrate Judge
>  United States District Court